MARY WARD, etc., v. CITIZENS OIL COMPANY; JOHN C. WARD v. CITIZENS OIL COMPANY.

12 So. (2nd) 592                 January Term, 1943
March 30, 1943                     Division B

*Joseph W. Nichols,* for appellant.

*Bussey, Mann & Barton,* for appellee.

PER CURIAM:

These two cases were consolidated and tried together, separate verdicts and judgments in each case in favor of the defendant having been rendered in the trial court, and on the appeal here the two cases were briefed and argued on a single transcript.

After careful consideration, our conclusion is that both judgments should be and they are hereby

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.